JONATHAN D. MCDOUGALL
STATE BAR NO. 212359
1640 Laurel Street
San Carlos, CA  94070
Telephone:  (650) 594-4200
Facsimile:  (650) 594-4205

Attorney for Defendant
BRYAN HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRYAN HENDERSON,<br><br>　　　　Defendant. | CR 15-0565-WHO<br><br>DECLARATION OF JONATHAN D. MCDOUGALL IN SUPPORT OF MOTION TO SUPPRESS NIT SEARCH WARRANT<br><br>Date: June 30, 2016<br>Time: 1:30 p.m. |

I, JONATHAN D. MCDOUGALL, hereby state and declare:

1. I am an attorney licensed to practice law in California. I have been privately retained by Mr. Henderson to represent him in the above listed case.

2. Attached as Exhibit A is a true and correct copy of the August 24, 2015 Northern District of California Search Warrant 3-15-71083 ("San Mateo Warrant") produced by the government in discovery.

3. Attached as Exhibit B is a true and correct copy of the February 20, 2015 Eastern District of Virginia Search Warrant 15-SW-89 ("NIT Warrant") produced by the government in discovery.

4. Attached as Exhibit C is a true and correct copy of the February 20, 2015 Application and Order Authorizing Interception of Electronic Communications

5. Attached as Exhibit D is a true and correct copy of the May 5, 2016 Memorandum and Order of the Honorable U.S. District Judge William G. Young. This Memorandum and Order was obtained by accessing the case history on Massachusette's PACER/ECF system.

I declare under the penalty of perjury the foregoing is true and correct.

DATED: June 16, 2016

JONATHAN D. MCDOUGALL