1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    USA,                                     Case No.  15-cr-00565-WHO-1

              Plaintiff,

8

         v.                                   **ORDER GRANTING TRIAL**
9                                             **CONTINUANCE**

10   BRYAN GILBERT HENDERSON,                 Re: Dkt. No. 58

              Defendant.
11

12          Defendant Bryan Henderson moves to continue the jury trial set for November 7, 2016 so

13   that he can seek to compel discovery and then have a stipulated facts bench trial on December 19,

14   2016.  Although he does not specify the nature of the information needed from the FBI, or explain

15   why he could not file his discovery motion sooner, his is one of a large number of child

16   pornography cases involving the FBI's use of a "Network Investigative Technique" to ascertain

17   information about his identity, and a number of discovery disputes are apparently pending

18   throughout the country.  He only seeks a brief delay.  In this instance, the ends of justice support

19   the continuance request and it is GRANTED.

20          The trial date of November 7, 2016 is VACATED and re-set for a stipulated facts bench

21   trial on **December 19, 2016** at 9 a.m.  The pre-trial conference is rescheduled for **December 12,**

22   **2016** at 2 p.m.

23          Defendant shall file his discovery motion no later than October 7, 2016.  The government

24   may have until November 7, 2016 to respond.  Defendant may reply by November 14, 2016.  I

25

26

27

28

United States District Court
Northern District of California

1   will hear argument at 2 p.m. on **November 28, 2016** (a special setting).

2   **IT IS SO ORDERED**.

3   Dated: October 3, 2016



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California