UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| USA, | ) | NO. CR 15-0565-WHO |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| | ) | **CONTINUANCE OF** |
| v. | ) | **SENTENCING HEARING** |
| | ) | |
| BRYAN HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

On December 19, 2016, Bryan Gilbert Henderson entered a guilty plea to Count One of the Superseding Indictment. On that date, the Court ordered that the parties return on March 30, 2017 for Judgment and Sentencing. The Court also ordered a Presentence Investigation and Report. Subsequently, the Court noticed the parties that the Judgment and Sentencing would be set for April 13, 2017. Mr. Henderson now seeks a continuance of the sentencing date to May 4, 2017 at 1:30 p.m. The Government and Federal Probation do not object to the request to continue the sentencing to May 4, 2017 at 1:30 p.m.

The sentencing date of April 13, 2017 is VACATED and re-set for Judgment and Sentencing on **May 4, 2017** at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 13, 2017

WILLIAM H. ORRICK
United States District Judge